

April 19, 2024

*Via ECF filing*
Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

**RE: Case No. 24-1028, Johnson, et al. v. Amazon.com Services LLC.**

Dear Clerk,

Pursuant to Circuit Rule 34(b)(3), counsel for Plaintiffs-Appellants hereby notify the Clerk of their unavailability for oral argument. Counsel for Plaintiffs-Appellants is unavailable for oral argument in No. 24-1028, *Johnson, et al. v. Amazon.com Services LLC* on the following dates:

May 13-17, 2024
May 22-24, 2024
May 29-30, 2024
June 4, 2024
September 4-5, 2024
September 12-13, 2024
October 29, 2024
November 1, 2024
November 6-8, 2024
November 14-15, 2024
January 15, 2025
January 22-24, 2025
February 12-14, 2025
February 19-21, 2025

Thank you for your consideration of our schedule.

Respectfully,

*[signature: Maureen A. Salas]*

Maureen A. Salas
Douglas M. Werman
John J. Frawley
WERMAN SALAS P.C.
77 W. Washington St.
Suite 1402
Chicago, IL. 60602
Tel: (312) 419-1008
Fax: (312) 419-1025
msalas@flsalaw.com
dwerman@flsalaw.com

Don J. Foty
HODGES & FOTY, LLP
2 Greenway Plaza
Suite 250
Houston, TX 77046
Tel: (713) 523-0001
Fax: (713) 523-1116
dfoty@hftrialfirm.com

*Counsel for Plaintiffs-Appellants*