

# SUPREME COURT OF ILLINOIS

SUPREME COURT BUILDING
200 East Capitol Avenue
SPRINGFIELD, ILLINOIS 62701-1721

CYNTHIA A. GRANT
Clerk of the Court

(217) 782-2035
TDD: (217) 524-8132

July 09, 2025

FIRST DISTRICT OFFICE
160 North LaSalle Street, 20th Floor
Chicago, IL 60601-3103
(312) 793-1332
TDD: (312) 793-6185

Hon. Christopher G. Conway
Clerk of the United States Court of Appeals
 for the Seventh Circuit
219 South Dearborn Street, Room 2722
Chicago, Illinois 60604

    In re:  Johnson v. Amazon.com Services LLC, your case No. 1:23-CV-00685, 24-1028

       132016

Dear Mr. Conway:

The Clerk of the Supreme Court of Illinois received and filed July 09, 2025 the Order of Certification from the United States Court of Appeals for the Seventh Circuit pursuant to Supreme Court Rule 20, in the captioned cause. This matter will be presented to the Court; thereafter, by order, the Court will issue its decision on answering the question.

Thank you.

          Very truly yours,

          *Cynthia A. Grant*

          Clerk of the Supreme Court

cc: Christopher G. Conway
   Sari Makram Alamuddin