

# SUPREME COURT OF ILLINOIS

SUPREME COURT BUILDING
200 East Capitol Avenue
SPRINGFIELD, ILLINOIS 62701-1721

CYNTHIA A. GRANT
Clerk of the Court

(217) 782-2035
TDD: (217) 524-8132

July 11, 2025

FIRST DISTRICT OFFICE
160 North LaSalle Street, 20th Floor
Chicago, IL 60601-3103
(312) 793-1332
TDD: (312) 793-6185

Hon. Christopher G. Conway
Clerk of the United Stated Court of Appeals
   for the Seventh Circuit
219 South Dearborn Street, Room 2722
Chicago, Illinois 60604

       In re:    Johnson v. Amazon.com Services LLC
                  132016

Dear Mr. Conway:

Enclosed is a certified order entered July 11, 2025, by the Illinois Supreme Court in the above-captioned cause.

                              Very truly yours,

                              *Cynthia A. Grant*

                            Clerk of the Supreme Court

cc:    Douglas Michael Werman
        Maureen Ann Salas
        Sari Makram Alamuddin

# State of Illinois
# Supreme Court

*I, Cynthia A. Grant, Clerk of the Supreme Court of the State of Illinois, and keeper of the records, files and Seal thereof do hereby certify the following to be a true copy of an order entered July 11, 2025, in a certain cause entitled:*

| | |
|---|---|
| 132016 ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Lisa Johnson and Gale Miller Anderson, ) | |
| ) | |
|    Plaintiffs-Appellants ) | Certif. 7th Cir. |
| ) | |
|    v. ) | Federal Court, Seventh Circuit |
| ) | 1:23-CV-00685, 24-1028 |
| Amazon.com Services LLC, ) | |
| ) | |
|    Defendant-Appellee ) | |
| ) | |
| ) | |

*Filed in this office on the 9th day of July A.D. 2025.*



*IN TESTIMONY WHEREOF, I have set my hand and affixed the seal of said Supreme Court, in Springfield, in said State, this 11th day of July, 2025.*

*Cynthia A. Grant*

*Clerk,
Supreme Court of the State of Illinois*

132016

IN THE

SUPREME COURT OF ILLINOIS

| | |
|---|---|
| Lisa Johnson and Gale Miller Anderson,<br><br>   Plaintiffs-Appellants<br><br>v.<br><br>Amazon.com Services LLC,<br><br>   Defendant-Appellee | )<br>)<br>)<br>) Certif. 7th Cir.<br>)<br>) Federal Court, Seventh Circuit<br>) 1:23-CV-00685, 24-1028<br>) |

O R D E R

    Pursuant to Supreme Court Rule 20, this Court will answer the question of law certified to this Court by the United States Court of Appeals for the Seventh Circuit in <u>Lisa Johnson and Gale Miller Anderson v. Amazon.com Services LLC</u>, No. 24-1028. The brief of the appellant is due August 15, 2025. Remaining briefs shall be filed according to Supreme Court Rule 343.

    Order Entered by the Court.

**FILED**
July 11, 2025
SUPREME COURT
CLERK